IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OLIVER SAMUELS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.                               CASE NO. 1D15-4371

JULIE L. JONES, Secretary,
Florida Department of Corrections,
etc.,

      Respondent.

_____/

Opinion filed October 7, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Oliver Samuels, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Dorothy Ridgway, Acting General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of habeas corpus is denied on the merits.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.